UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDIFITAH ABDI aka "Momo"<br>ASMO DOL and<br>RAKIYA MOHAMED | No. 2:25-cr-00026-NT |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 FEB 26 P 5: 25

# INDICTMENT

The grand jury charges:

## COUNT ONE
### Conspiracy to Defraud the United States

At times relevant to this Indictment:

1.  Defendant ABDIFITAH ABDI, also known as "Momo," was a resident of Lewiston, Maine.

2.  Defendant ASMO DOL was a resident of Auburn, Maine.

3.  Defendant RAKIYA MOHAMED was a resident of Auburn, Maine.

4.  Bright Future Healthier You LLC was a business registered in the state of Maine. It provided health and social services to clients and billed MaineCare for these services. DOL worked for Bright Future Healthier You.

5.  Reliable Language Resources LLC was a business registered in the state of Maine. RAKIYA MOHAMED owned Reliable Language Resources. MOHAMED was DOL's daughter.

6.  Momo Interpreters was a business in Lewiston, Maine. ABDIFITAH ABDI operated and managed Momo Interpreters.

7.     From about January 2018 through about December 2022, in the District of Maine and elsewhere, the defendants,

**ABDIFITAH ABDI aka "Momo"**
**ASMO DOL and**
**RAKIYA MOHAMED**

did unlawfully, voluntarily, intentionally and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service ("IRS") of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue, namely, income taxes.

## Manner and Means

8.     It was part of the conspiracy that Bright Future Healthier You paid Reliable Language Resources for purported language interpretation services purportedly provided to clients of Bright Future Healthier You.

9.     It was part of the conspiracy that Reliable Language Resources paid Momo Interpreters for purported language interpretation services purportedly provided to clients of Bright Future Healthier You.

10.    It was part of the conspiracy that the defendants would and did file and present, and cause to be filed and presented, false and fraudulent documents to the IRS to make it appear that Reliable Language Resources and Momo Interpreters had paid third parties to interpret for Bright Future Healthier You

clients when, in fact, as the defendants knew, no such payments were made and no such services were rendered.

## Overt Acts

11. In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed or caused to be committed the following overt acts, among others:

12. On about April 3, 2019, MOHAMED caused to be filed with the IRS her Individual Income Tax Return (Form 1040) for 2018. MOHAMED reported the income and expenses for Reliable Language Resources on a schedule (Schedule C) included in her tax return. She falsely and fraudulently reported that Reliable Language Resources paid $135,505 for "Contract labor" in 2018.

13. On about July 12, 2020 MOHAMED caused to be filed with the IRS her Individual Income Tax Return (Form 1040) for 2019. MOHAMED reported the income and expenses for Reliable Language Resources on a schedule (Schedule C) included in her tax return. She falsely and fraudulently reported that Reliable Language Resources paid $41,432 for "Contract labor," and $279,574 for "Office expense."

14. On about the following dates, ABDI prepared and filed and caused to be prepared and filed with the IRS the following false and fraudulent Individual Income Tax Returns (Forms 1040) for supposed independent contractors of Reliable Language Resources and Momo Interpreters:

| DATE | TAX YEAR | TAXPAYER | FALSE "BUSINESS" | FALSE ITEM |
|---|---|---|---|---|
| 3/5/19 | 2018 | J.A. | Translation and Interpretation Services | Schedule C-EZ Line 1: $15,823 |
| 2/4/20 | 2019 | F.M. | Services | Schedule C Line 1: $11,961 |
| 2/15/20 | 2019 | S.M. | Interpreter | Schedule C Line 1: $14,320 |
| 2/15/21 | 2020 | H.S. | Customer Service | Schedule C Line 1: $10,831 |
| 2/9/21 | 2020 | H.A. | Customer Service | Schedule C Line 1: $13,633 |
| 2/26/21 | 2020 | I.M. | Customer Service | Schedule C Line 1: $12,670 |
| 2/18/21 | 2020 | M.M. | Interpreter | Schedule C Line 1: $13,650 |
| 4/1/22 | 2021 | H.A. | Translation and Interpretation Services | Schedule C Line 1: $12,928 |
| 2/27/22 | 2021 | J.A. | Translation and Interpretation Services | Schedule C Line 1: $14,591 |
| 2/19/22 | 2021 | S.M | Translation and Interpretation Services | Schedule C Line 1: $15,405 |

15. On about the May 10, 2021, DOL and MOHAMED caused the following false and fraudulent IRS Forms 1099-MISC to be submitted to the IRS in the course of an IRS audit of MOHAMED's 2018 and 2019 income tax returns:

| YEAR | PAYER | PAYEE | FALSE AMOUNT |
|---|---|---|---|
| 2018 | Reliable Language Resources | S.E. | $13,050 |
| 2018 | Reliable Language Resources | K.A. | $14,689 |
| 2018 | Reliable Language Resources | J.A. | $14,570 |
| 2018 | Reliable Language Resources | A.D. | $14,015 |
| 2018 | Reliable Language Resources | L.M. | $4350 |
| 2019 | Reliable Language Resources | H.S. | $10,362 |
| 2019 | Reliable Language Resources | S.M. | $14,320 |

16. On about October 18, 2021, MOHAMED caused the following false and fraudulent IRS Forms 1099-MISC to be submitted to the IRS in the course of an IRS audit of MOHAMED's 2018 and 2019 income tax returns:

| YEAR | PAYER | PAYEE | FALSE AMOUNT |
|---|---|---|---|
| 2018 | Reliable Language Resources | S.E. | $13,050 |
| 2018 | Reliable Language Resources | K.A. | $14,689 |
| 2018 | Reliable Language Resources | J.A. | $14,570 |
| 2018 | Reliable Language Resources | A.D. | $14015 |
| 2018 | Reliable Language Resources | L.M. | $4350 |
| 2019 | Reliable Language Resources | H.S. | $10,362 |
| 2019 | Reliable Language Resources | S.M. | $14,320 |
| 2019 | Reliable Language Resources | N.I. | $14,265 |

5

Thus, the defendant violated Title 18, United States Code, Section 371.

## COUNT TWO
### Making and Subscribing a False Tax Return

17. Paragraphs 1 – 6 of this Indictment are incorporated by reference.

18. On about March 4, 2019, in the District of Maine, the defendant,

**RAKIYA MOHAMED**

willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false Individual Income Tax Return, Form 1040, for the calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter. That tax return reported that Reliable Language Resources paid $135,505 in "Contract labor" (Schedule C, line 9), had a net profit of $14,535 (Schedule C, line 31), and that, as a result, the defendant had additional business income of $14,535 (Schedule 1, line 12). In truth, as the defendant knew, these numbers overstated Reliable Language Resources' expenses, understated its profit, and, in turn, understated the defendant's income.

Thus, the defendant violated Title 18, United States Code, Section 7206(1).

## COUNT THREE
### Corrupt Endeavor to Obstruct and Impede the Administration of the Internal Revenue Laws

19. Paragraphs 1 – 6 of the Indictment are incorporated by reference.

20. On about April 5, 2021, the IRS opened an audit of MOHAMED'S Individual Income Tax Returns for 2018 and 2019. In April and May of 2021, the IRS mailed MOHAMED notices of the audit.

21. As part of the audit, the IRS requested documents related to expenses reported by MOHAMED for Reliable Language Resources. Through her representatives in the audit, MOHAMED produced documents to the IRS in response to the requests.

22. From about April 5, 2021, through about October 18, 2021, in the District of Maine and elsewhere, the defendant,

**RAKIYA MOHAMED**

knowing of and reasonably foreseeing an audit of her Individual Income Tax returns for 2018 and 2019, did corruptly obstruct and impede, and corruptly endeavor to obstruct and impede, the due administration of the internal revenue laws, that is, the audit of her tax returns, by committing and causing to be committed various acts, each such act having a nexus to the audit, including but not limited to the following:

(a) Producing and causing to be produced to the IRS false and fraudulent documents, including IRS Forms 1099-MISC and receipts, showing that Reliable Language Resources paid third parties for services when no such payments were made and no such services rendered;

(b) Producing and causing to be produced records of payments and misrepresenting and causing to be misrepresented to the IRS the purpose of the payments.

Thus, the defendant violated Title 26, United States Code, Section 7212(a) and Title 18, United States Code, Section 2.

## COUNT FOUR
### Corrupt Endeavor to Obstruct and Impede the Administration of the Internal Revenue Laws

23. Paragraphs 1 – 6 of the Indictment are incorporated by reference.

24. On about June 1, 2023, two IRS Special Agents interviewed ABDI. They advised him that they were Special Agents with the IRS, Criminal Investigation and explained to him that he was being contacted regarding an investigation of Reliable Language Resources. At the conclusion of the interview, the agents served him a subpoena for records belonging to Momo Interpreters.

25. From about June 1, 2023, through about August 25, 2023, in the District of Maine and elsewhere, the defendant,

**ABDIFITAH ABDI**

knowing of and reasonably foreseeing a criminal investigation, did corruptly obstruct and impede, and corruptly endeavor to obstruct and impede, the due administration of the internal revenue laws, that is, the criminal investigation, by committing and causing to be committed various acts, each such act having a nexus to the criminal investigation, including but not limited to the following:

(a) Lying to IRS special agents, namely, denying that he prepared tax returns and assisted in tax return preparation for others;

(b) Producing false and fraudulent records in response to a subpoena on Momo Interpreters, including:

   i. False and fraudulent IRS Forms 1099 claiming that third parties had been paid to interpret for Momo Interpreters when they had not;

   ii. False and fraudulent IRS Forms W-9 from supposed interpreters that were forged and backdated.

(c) Asking third parties to sign and backdate documents, namely IRS Forms W-9.

Thus, the defendant violated Title 26, United States Code, Section 7212(a), and Title 18, United States Code, Section 2.

DATED: FEBRUARY 26, 2025

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY